IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00563-PAB-BNB

JOHN McCULLEY and
CARMEN McCULLEY,

Plaintiffs,

v.

TED MINK, Sheriff of Jefferson County, Colorado,
CARLA ZINANTI, Department Manager of Animal Control Section of Jefferson County, Colorado, Sheriff's Office, and
KAYCEE STARKEY,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Sheriff Defendants' Motion to Stay Discovery Based On Governmental Immunity** [Doc. # 22, filed 4/27/2009] (the "Motion to Stay"). I addressed the Motion to Stay during the scheduling conference this morning, at which time plaintiff's counsel stated that she does not oppose it. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is GRANTED. Discovery is STAYED pending a ruling on the Defendant Jefferson County Sheriff Ted Mink and Jefferson County Animal Control Manager Carla Zinanti's Combined Motion and Brief to Dismiss [Doc. # 21, filed 4/27/2009] (the "Motion to Dismiss").

IT IS FURTHER ORDERED that the parties shall file a status report within ten days after any ruling on the Motion to Dismiss addressing what, if any, additional pretrial matters should be scheduled.

Dated May 1, 2009.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge